UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS J. COLBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 16-cv-01790 (RDM) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER TO COMPLAINT

Defendants, by and through undersigned counsel, respectfully submit the following for their Answer to Plaintiff's Complaint. Defendants respond specifically to each numbered paragraph of the complaint by admitting, denying, and averring as follows:

### FIRST DEFENSE

The Complaint should be dismissed in whole, or in part for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

The information requested in Plaintiff's FOIA request may be exempt in whole or in part under the FOIA. See 5 U.S.C. § 552(b).

### THIRD DEFENSE

The Complaint, including paragraphs 8-10, among others, violates Fed.R.Civ.P. 8(a)(2) by alleging information that is unnecessary to a "short and plain" statement of the claim. The Court should strike all such immaterial and impertinent matters pursuant to Fed.R.Civ.P. 12(f).

## **SPECIFIC RESPONSES**

Defendant responds to the numbered paragraphs of the Complaint as follows:

1. This paragraph asserts a conclusion of law to which no response is required.

2. This paragraph asserts a conclusion of law to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendants admit that the Department of Justice is an agency within the meaning of FOIA and that the FBI is a component of the Department of Justice. The remainder of the allegations assert conclusions of law to which no response is required.

5. In response to the allegations in this paragraph, Defendants refer to the cited document for a full and accurate statement of its contents, and deny the allegations in this paragraph to the extent not inconsistent with that document.

6. Defendants admit that this paragraph contains a quotation from the referenced article that the article attributes to Special Agent referenced in this paragraph, refers the Court to the article for a full and accurate statement of its contents, and denies the allegations in this paragraph to the extent not consistent with that article.

7. Defendants respond to this paragraph by referring the Court to the referenced document for a full and accurate statement of its contents.

8-10. These paragraphs contain Plaintiff's characterization of alleged background information and argument, not allegations of fact pertinent to the resolution of the claims at issue in this FOIA action to which a response would be required. To the extent any response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs.

11. Defendants admit that the FBI closed its investigation, but otherwise deny the allegations in the first sentence of this paragraph as phrased by Plaintiff.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of this paragraph.

12. In response to the allegations in this paragraph, Defendants state that the referenced FOIA request is the best evidence of its contents and Defendants respectfully refer the Court to that request for a full and accurate statement of its contents.

13. The allegations in this paragraph assert a conclusion of law to which no response is required.

14. The allegations in this paragraph assert a conclusion of law to which no response is required.

15. The allegations in this paragraph assert a conclusion of law to which no response is required.  To the extent any response is required, the allegations are denied.

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants assert a general denial as to those allegations contained in the Complaint that are not specifically admitted herein.  The remainder of the Complaint sets forth Plaintiff's prayer for relief to which no response is required.  To the extent a response is deemed required, Defendants deny that Plaintiff is entitled to the relief for which Plaintiff prays, or to any other relief as to Defendants.

WHEREFORE, having fully answered, Defendants respectfully requests that the Complaint be dismissed with prejudice, and that this Court award Defendants such other and further relief as the Court may deem just and proper.

                                                  Respectfully submitted,

                                                  CHANNING D. PHILLIPS, D.C. Bar #415793
                                                  United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov