UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. COLBERT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. 16-cv-01790 (RDM) |
| FEDERAL BUREAU OF INVESTIGATION, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING OF DECLARATION OF DAVID HARDY

Defendants, by undersigned counsel, and in advance of the status hearing scheduled for December 14, 2016, hereby submit the Declaration of David Hardy in support of Defendants' proposed schedule for processing records in this FOIA lawsuit.

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar # 415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov