IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS J. COLBERT, </br></br> Plaintiff, </br></br> v. </br></br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, </br></br> Defendants. | Civ. A. No. 1:16-cv-01790 |

## DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S STATUS REPORT

(1) As directed in the Court's September 3, 2018 Memorandum Opinion and Order, the Defendant, Federal Bureau of Investigation ("FBI"), provides the following status on its progress in responding to Plaintiff's Freedom of Information Act ("FOIA") request.

(2) In December 2016, the FBI began reviewing and processing its investigative records concerning the skyjacking of Norwest Orient Airline flight 305 on November 24, 1971, at a rate of approximately 500 pages per month, with its first interim release of information to Plaintiff on January 30, 2017.

(3) To date, the FBI has made twenty-three (23) interim releases to Plaintiff. Collectively, these interim releases represent a total of 12,096 pages reviewed, 9,942 pages released in whole or in part, 320 pages withheld in full pursuant to applicable FOIA exemptions, 250 pages withheld as duplicates, and 1,790 pages referred to other government agencies for consultation. In addition to providing monthly releases to the Plaintiff, the FBI also makes these records available to the public via its FOIA Library (The Vault) at http://vault.fbi.gov.

(4)     The FBI estimates there remains approximately 58,320 pages of records and media to be reviewed and processed for Plaintiff's request.

(5)     The FBI is committed to and will continue to process the records responsive to Plaintiff's request at a rate of 500 pages per month, until such time as all responsive records have been processed and all segregable non-exempt portions thereof have been released to Plaintiff. The FBI's next release to Plaintiff is currently anticipated to occur on or about Friday, December 21, 2018.

Dated:   December 3, 2018

                                    Respectfully submitted,

                                    JESSIE K. LIU
                                    D.C. Bar #472845
                                    United States Attorney

                                    DANIEL F. VAN HORN
                                    D.C. Bar #924092
                                    Civil Chief

                By:   _____/s/_____
                                    JEREMY S. SIMON, D.C. BAR #447956
                                    Assistant United States Attorney
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 252-2528
                                    Jeremy.simon@usdoj.gov