IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS J. COLBERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civ. A. No. 16-cv-1790 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated December 18, 2023, Plaintiff, Thomas J. Colbert and the Defendant, Federal Bureau of Investigation ("FBI"), provide the following status report on the FBI's progress in responding to Plaintiff's Freedom of Information Act ("FOIA") request.

1. Since the last status report filed on December 13, 2023, the FBI made its 81st interim release to Plaintiff on December 29, 2023, reflecting 500 pages reviewed and 347 pages released in full or in part; its 82nd interim release to Plaintiff on January 31, 2024, reflecting 501 pages reviewed and 463 pages released in full or in part; and its 83rd interim release to Plaintiff on February 29, 2024, reflecting 500 pages reviewed and 468 pages released in full or in part.

2. To date, the FBI has made 83 interim releases to Plaintiff. Collectively, these interim releases represent a total of 41,366 pages reviewed with 31,762 pages released to Plaintiff in whole or in part,[1] 3,167 pages were withheld in full pursuant to applicable FOIA Exemptions,[2] 3,419 pages were withheld as duplicates,[3] and 3,665 pages were referred to OGAs

---

[1] Of the 31,762 pages released in whole or in part, 567 pages relate to records previously sent to OGAs.
[2] Of the 3,167 pages withheld in full pursuant to applicable FOIA exemptions, 56 pages relate to records previously sent to OGAs.
[3] Of the 3,419 pages withheld in full as duplicates, 24 pages relate to records previously sent to OGAs.

for consultation. In addition to providing monthly releases to Plaintiff, the FBI continues to make these records available to the public via its FOIA Library ("The Vault") at http://vault.fbi.gov.

3. The FBI estimates approximately 28,539 pages of records and media remain to be reviewed and processed for Plaintiff's request.

4. The FBI will continue to process the records responsive to Plaintiff's request, until such time as all responsive records have been processed and all segregable non-exempt portions thereof have been released to Plaintiff. The FBI's next release to Plaintiff is currently anticipated to occur on or about March 29, 2024.

5. The parties propose that they file another status report on June 10, 2024.

                Respectfully submitted,

                MATTHEW M. GRAVES, D.C. BAR#481052
                United States Attorney

                BRIAN P. HUDAK
                Chief, Civil Division

By:       /s/
                JEREMY S. SIMON, D.C. BAR #447956
                Assistant United States Attorney
                601 D. Street, N.W.
                Washington, D.C. 20530
                (202) 252-2528
                Jeremy.simon@usdoj.gov

                AND

              /s/
                MARK STEVEN ZAID
                D.C. Bar #440532

MARK S. ZAID, P.C.
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 454-2809
Fax: (202) 330-5610
Email: Mark@MarkZaid.com